WILL OF OTT: BOWES, Executor, Appellant, vs. OTT, Respondent.

*December 6, 1928—February 5, 1929.*

For the appellant there was a brief by *S. M. Williams* and *Timothy J. Hannan,* both of Milwaukee, and oral argument by *Mr. Hannan.*

For the respondent there was a brief by *Wolfe & Kolinski* and *Timlin & Dean,* all of Milwaukee, and oral argument by *H. O. Wolfe* and *P. W. Dean.*

The following opinion was filed February 5, 1929:

OWEN, J. Mr. Chief Justice VINJE did not participate in this case. The Justices participating are equally divided. Mr. Justice ESCHWEILER, Mr. Justice DOERFLER, and Mr. Justice CROWNHART are of the opinion that the judgment should be reversed. Mr. Justice ROSENBERRY, Mr. Justice STEVENS, and the writer are of the opinion that it should be affirmed. Under the established rule, this results in an affirmance of the judgment.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 2, 1929.